# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF**

v.      Case No. 4:15-CR-00233-BSM-5

**JAVIER ESQUIVEL BARRIENTOS**        **DEFENDANT**

## ORDER

Javier Barrientos's motion for compassionate release [Doc. No. 388] is denied because he is a danger to society. Barrientos was sentenced to 144 months imprisonment for conspiracy to possess with the intent to distribute methamphetamine. Doc. No. 271. He moves for compassionate early release, pursuant to 18 U.S.C. section 3582(c)(1)(A), which requires consideration of 18 U.S.C.A. section 3553 sentencing factors.

Barrientos argues that his diabetes, hypertension, and obesity are "extraordinary and compelling reasons" that warrant his compassionate early release. Mot. Release at 5, Doc. No. 388. He also argues that he is not a danger to the American public because he is subject to removal. Mot. Release at 5–6. The government argues that general concerns about COVID-19 exposure do not warrant release. Resp. Mot. Release at 4, Doc. No. 390. Moreover, it contends that Barrientos is a danger to the community because of his drugs, firearms-related, and manslaughter convictions. *Id.* at 6. Finally, the government notes that since Barrientos is subject to an ICE detainer, his release would put those involved in his transfer at risk of exposure to the virus. *Id.* at 6–7.

IT IS SO ORDERED this 13th day of November, 2020.

                                              UNITED STATES DISTRICT JUDGE