IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 4:15-CR-00233-BSM-5

JAVIER ESQUIVEL BARRIENTOS     DEFENDANT

## ORDER

Javier Barrientos's *pro se* motion for compassionate release [Doc. No. 405] is denied for the reasons stated in the order denying his previous motion for compassionate release [Doc. No. 391].

IT IS SO ORDERED this 1st day of March, 2021.

*[signature]*
UNITED STATES DISTRICT JUDGE